# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Vickie Michelle Stringer  
        3124 Genevieve Drive  
        Columbus, OH  43219

Case No: 25-52907

Chapter 13

Judge: Mina Nami Khorrami

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on July 01, 2025.  
The plan was not confirmed.  
The Case was concluded on October 16, 2025.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL PRIOR TO CONFIRMATION. THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:        0.00

DISBURSEMENTS TO CREDITORS:  
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Aarons LLC<br>00010     Lease | 2,061.65 | 0.00 | 0.00 | 0.00 |
| Aarons LLC<br>00011     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T Corp aka AT&T by AIS Infosource<br>00009     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Carvana, LLC<br>00002     Secured | 29,496.43 | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS<br>00005     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS<br>00004     Priority (new) | 7,219.40 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS<br>00007     Secured | 12,776.15 | 0.00 | 0.00 | 0.00 |
| T Mobile/T Mobile USA Inc<br>00003     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Verizon by American InfoSource as agent<br>00008     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Vickie Michelle Stringer 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Wilmington Savings Fund Society 00006    Pre-Pet MTG Arrears | 18,534.57 | 0.00 | 0.00 | 0.00 |
| Wilmington Savings Fund Society 00001    Ongoing Mortgage Payments | Continuing | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 62,868.80 | 7,219.40 | 7,667.99 | 0.00 | 0.00 | 77,756.19 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  | TOTAL PAID: |  | 0.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY |  | ALLOWED | TOTAL PAID |
|---|---|---|---|
| Pro Se |  | 0.00 | 0.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

Dated: 10/29/2025

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: Vickie Michelle Stringer<br>3124 Genevieve Drive<br>Columbus, OH  43219 | Case No: 25-52907<br><br>Chapter 13<br><br>Judge: Mina Nami Khorrami |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Vickie Michelle Stringer  　　　　　　　　　　Case No: 25-52907
　　　　 3124 Genevieve Drive
　　　　 Columbus, OH  43219  　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: Mina Nami Khorrami

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Edward A. Bailey
Pro Se

and on the following by **ordinary U.S. Mail** addressed to:

Vickie Michelle Stringer
3124 Genevieve Drive
Columbus, OH  43219

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Carvana LLC
, 000000000

Ohio Department of Taxation
PO Box 530
Columbus, OH  432160000

Real Time Resolutions, Inc.
1349 Empire Central Dr.  Suite 1300
Dallas, TX  752470000

Wilmington Savings Fund Society, FSB,
as Own
, 000000000

AT T Mobility
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

Aarons, LLC f/k/a Aarons, Inc., d/b/a
Aarons
400 Galleria Parkway, SE Suite 300
Atlanta, GA  303390000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Bridge Crest Auto Finance
7300 E. Hampton Avenue, Suite 101
Mesa, AZ  852090000

Bridgecrest Auto Finance
PO Box 53087
Phoenix, AZ  850720000

CITY OF COLUMBUS DIVISION OF
INCOME TAX
77 N FRONT ST 2ND FLOOR
COLUMBUS, OH  432150000

Carvana, LLC
PO Box 29018
Phoenix, AZ  850380000

Chase Mortgage
600 Vine Street
Cincinattie, OH  452020000

Chase Mortgage Corporation
700 Kansas Lane
Monroe, LA  712030000

FCI Lender Services Inc
PO Box 27370
Anaheim, CA  928090000

T MobileTMobile USA Inc
by AIS Infosource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

Wilmington Savings Fund Society, FSB,
as Own
c/o AMIP Management
3020 Old Ranch Pkwy., Suite 180
Seal Beach, CA  907400000

Wilmington Savings Fund Society, FSB,
as Own
c/o FCI Lender Services
P.O. Box 27370
Anaheim Hills, CA  928090000

Edward A. Bailey
Edward A. Bailey - Chapter 13 Trustee
550 Polaris Parkway
Ste 500
Westerville, OH  430820000

Vickie Michelle Stringer
3124 Genevieve Drive
Columbus, OH  432190000